# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### Chapter 13 No. 22-51187-KMS

In Re:  Freddie James Davis

Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on July 03, 2025, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, In the United States mail postage prepaid, addressed to each of them as follows:

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:      Freddie James Davis
P O Box 1747
Bay Springs, MS 39422

Debtor's Attorney:      Thomas Carl Rollins
The Rollins Law Firm, PLLC
P O Box 13767
Jackson. MS 39236

Trustee:      David Rawlings, Chapter 13 Trustee
P. O. Box 566
Hattiesburg, MS 39403

_____/s/ Lisa Jefcoat_____
(As authorized agent for Central Sunbelt FCU

Company      Sunbelt Federal Credit Union
Address      6885 US Highway 49 N   #3
Hattiesburg, MS 39402
Contact Number      601-649-7181 Ext 2031