**Fill in this information to identify the case:**

Debtor 1 _____Freddie James Davis_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ____Southern_____   District of __MS_____
(State)

Case number ____22-51187-KMS_____

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** ____Sunbelt Federal Credit Union_____

**Court claim no**. (if known): ___9_____

**Last 4 digits** of any number you use to identify the debtor's account:     1   4   0   9

**Date of payment change:**
Must be at least 21 days after date of this notice          09 / 02 / 2026

**New total payment:**
Principal, interest, and escrow, if any     $ 763.78
*For HELOC payment amounts, see Part 3*

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____

   _____

   **Current escrow payment:**  $ __285.97_____     **New escrow payment:**  $ __325.15_____

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

| **Part 3:** | **Annual HELOC Notice** |
|---|---|

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No
   ☐ Yes.

   **Current HELOC payment:**     $_____

   **Reconciliation amount:**     + $_____ or
                                  - $_____

Debtor 1   Freddie  James   Davis
      First Name     Middle Name     Last Name

Case number (*if known*) 22-51187-KMS

---

Amount of next payment (including reconciliation amount)          $_____

Amount of the new payment thereafter (without reconciliation amount)     $_____

## Part 4:  Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment:  $ _____

## Part 5:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Lisa Jefcoat
   Signature

Date   7/3/26 /_____

Print:   Lisa        Michelle      Jefcoat
      First Name     Middle Name    Last Name

Title   Sr. Collector _____

Company   Sunbelt Federal Credit Union

Address   6885 US Highway 49  #3
      Number     Street

Hattiesburg                MS        39402
City                       State     ZIP Code

Contact phone  (601) 649_ 7181

Email   lisa.jefcoat@sunbeltfcu.org