# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
Chapter 13 No. 22-51187-KMS

In Re:   Freddie James Davis

Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on July 03, 2026, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, In the United States mail postage prepaid, addressed to each of them as follows:

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:               Freddie James Davis
                      P O Box 1747
                      Bay Springs, MS 39422

Debtor's Attorney:    Thomas Carl Rollins Jr
                      The Rollins Law Firm, PLLC
                      P O Box 13767
                      Jackson. MS 39236

Trustee:              David Rawlings, Chapter 13 Trustee
                      P. O. Box 566
                      Hattiesburg, MS 39403

/s/ Lisa Jefcoat
(As authorized agent for Central Sunbelt FCU

Company       Sunbelt Federal Credit Union
Address       6885 US Highway 49 N   #3
              Hattiesburg, MS 39402
Contact Number   601-649-7181 Ext 2031